1  **THE AGUILERA LAW GROUP, APLC**
   A. Eric Aguilera (SBN 192390)
2  Richard A. Semon (SBN 156510)
   650 Town Center Drive, Suite 100
3  Costa Mesa, CA 92626
   T: 714-384-6600 / F: 714-384-6601
4  eaguilera@aguileragroup.com
   kmyron@aguileragroup.com
5  rsemon@aguileragroup.com

6

7  Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and
   TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
8

9                          **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

11

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation<br><br>Plaintiffs,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 1:13-cv-00755-LJO-GSA<br><br>[Assigned for all Purposes to Hon. Lawrence J. O'Neill]<br><br>**ORDER RE: JOINT APPLICATION OF ALL PARTIES FOR MODIFICATION OF SCHEDULING ORDER**<br><br><br>**Action Filed:  May 20, 2013** |

This Court has considered the Joint Application of All Parties for Modification of the Scheduling Order submitted by parties Travelers Property Casualty Company of America, Travelers Indemnity Company of Connecticut, Admiral Insurance Company and National Fire Insurance Company of Hartford.  The Court hereby revises the Scheduling Order as follows:

| Event | Old Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off | March 14, 2014 | June 13, 2014 |
| Initial Expert Disclosures | April 4, 2014 | June 20, 2014 |

1

| Supplemental Expert Disclosures | April 25, 2014 | June 30, 2014 |
|---|---|---|
| Expert Discovery Cut-Off | May 16, 2014 | July 11, 2014 |
| Pre-Trial Motion Filing Deadline | June 6, 2014 | August 1, 2014 |
| Pre-Trial Motion Hearing Deadline | July 18, 2014 | September 12, 2014 |
| Pre-Trial Conference | September 16, 2014 | November 11, 2014 |
| Trial | November 18, 2014 | January 13, 2015 |

**ORDER**

The Court has reviewed the joint application to modify the scheduling order filed by the parties on February 21, 2014.  (Doc. 22).  The proposed dates are adopted as set forth above except that the Pretrial conference will be held on November 12, 2014.[1]  Counsel are advised that Judge O'Neill will hold the Pretrial conference on November 12, 2014 at 8:15 a.m.   The trial before Judge O'Neill will begin at 8:30 a.m. on January 13, 2015.  All hearings will be held in Courtroom 4.

IT IS SO ORDERED.

Dated:   **February 26, 2014**             **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] November 11, 2014 is Veterans Day.

2

CAS E NO. 1:13-cv-00755-LJO-GSA
PROPOSED ORDER RE JOINT APPLICATION OF ALL PARTIES
FOR MODIFICATION OF SCHEDULING ORDER