**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Richard A. Semon (SBN 156510)
650 Town Center Drive,
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rsemon@aguileragroup.com

Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation<br><br>Plaintiffs,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 1:13-cv-00755-LJO-GSA<br><br>[Assigned for all Purposes to Hon. Lawrence J. O'Neill]<br><br>**ORDER RE: JOINT APPLICATION OF ALL PARTIES FOR MODIFICATION OF SCHEDULING ORDER**<br><br>**(Doc. 24)**<br><br>**Action Filed: May 20, 2013** |

This Court has considered the Joint Application of All Parties for Modification of the Scheduling Order submitted by parties Travelers Property Casualty Company of America, Travelers Indemnity Company of Connecticut, Admiral Insurance Company and National Fire Insurance Company of Hartford filed on May 14, 2014.  (Doc. 24).   This is the second time the parties have requested that the scheduling order in this matter be modified.   The modification will be granted in this instance because it appears that the parties have been engaged in productive settlement

negotiations.  However, the parties are advised that future requests to extend dates will be looked upon with great disfavor since this case has already been continued a significant period of time.  Accordingly, the Scheduling Order is modified as follows:

| **Event** | **Old Date** | **New Date** |
|---|---|---|
| Fact Discovery Cut-Off | June 13, 2014 | September 5, 2014 |
| Initial Expert Disclosures | June 20, 2014 | September 12, 2014 |
| Supplemental Expert Disclosures | June 30, 2014 | September 22, 2014 |
| Expert Discovery Cut-Off | July 11, 2014 | October 3, 2014 |
| Pre-Trial Motion Filing Deadline | August 1, 2014 | October 24, 2014 |
| Pre-Trial Motion Hearing Deadline | September 12, 2014 | December 5, 2014 |
| Pre-Trial Conference | November 11, 2014 | February 3, 2015 |
| Trial | January 13, 2015 | April 7, 2015 |

Counsel are advised that the Pre-trial Conference and the Trial will be held before the Honorable Lawrence J. O'Neill in Courtroom 4.

IT IS SO ORDERED.

   Dated:   **May 16, 2014**                              **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE

2

CAS E NO. 1:13-cv-00755-LJO-GSA
ORDER RE: JOINT APPLICATION OF ALL PARTIES FOR
MODIFICATION OF SCHEDULING ORDER