1
2
3
4
5
6
7
8

**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Richard A. Semon (SBN 156510)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rsemon@aguileragroup.com

Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF
AMERICA, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

9
10
11

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

12
13
14
15
16
17
18
19
20
21
22
23
24

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, a
Connecticut corporation, TRAVELERS
INDEMNITY COMPANY OF
CONNECTICUT, a Connecticut
corporation

     Plaintiffs,

     v.

ADMIRAL INSURANCE COMPANY,
a Delaware corporation; NATIONAL
FIRE INSURANCE COMPANY OF
HARTFORD,  an Illinois corporation;
NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA, a Pennsylvania
corporation; and DOES 1 through 10
inclusive,

     Defendants.

Case No.: 1:13-cv-00755-LJO-GSA

[Assigned for all Purposes to Hon.
Lawrence J. O'Neill]

**JOINT STIPULATION AND ORDER
CONTINUING THE PARTIES'
DEADLINE TO FILE A
VOLUNTARY DISMISSAL BY
STIPULATION**

**Action Filed:      May 20, 2013**

25
26
27
28

## STIPULATION

     This Stipulation is entered into by and between plaintiffs TRAVELERS
PROPERTY   CASUALTY   COMPANY   OF   AMERICA   and   TRAVELERS
INDEMNITY COMPANY OF CONNECTICUT on the one hand, and defendants
ADMIRAL   INSURANCE   COMPANY   ("Admiral"),   and   NATIONAL   FIRE

1

1  INSURANCE COMPANY OF HARTFORD ("National Fire"), on the other hand.

2  (TRAVELERS   PROPERTY   CASUALTY   COMPANY   OF   AMERICA,

3  TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, ADMIRAL and

4  NATIONAL FIRE may be referred to as the "Parties" herein.)

5        WHEREAS, on August 26, 2014, plaintiffs filed with this Court a Notice of

6  Settlement with defendants Admiral and National Fire that indicated that the parties

7  intended to file a stipulated motion for dismissal by October 25, 2014;

8        WHEREAS, on August 27, 2014, the Court issued a Minute Order stating: "As

9  Notice of Settlement has been filed, document [28], notifying the Court that the

10 plaintiffs and defendant Admiral Insurance Company have reached a tentative

11 settlement, the Court DIRECTS the parties to file dismissal documents by

12 10/28/2014;"

13       WHEREAS, the drafting and signature process for the separate settlement

14 agreements with Admiral and National Fire took longer than the parties anticipated;

15       WHEREAS, National Fire and the plaintiffs have signed the settlement

16 agreement and release that relates to plaintiffs' claims against National Fire, but

17 plaintiffs have not yet received payment from National Fire pursuant to the settlement;

18       WHEREAS, Admiral and plaintiffs have reached final agreement regarding the

19 terms and conditions regarding the terms and conditions of the settlement agreement that

20 relates to plaintiffs' claims against Admiral;

21       WHEREAS, Admiral and plaintiffs have reached final agreement regarding the

22 terms and conditions of the settlement agreement that relate to plaintiffs' claims against

23 Admiral, the plaintiffs have signed the settlement agreement and release, but plaintiffs

24 have not yet received Admiral's signature or payment from Admiral pursuant to the

25 settlement;

26       WHEREAS, it is unlikely that the settlement between plaintiffs and National Fire

27 will be finalized before October 28, 2014;

28       WHEREAS, the settlement between plaintiffs and Admiral will not be finalized

1   before October 28, 2014;

2   THEREFORE, the Parties stipulate and agree that in order to give the Parties

3   additional time to finalize the complete settlement between the Parties, that the

4   deadline of October 28, 2014, to file dismissal documents should be continued for an

5   additional 30 days to allow the parties to continue and complete the settlement

6   process, the following should occur:

7   THAT the October 28, 2014, deadline to file dismissal documents should be

8   continued to a date no sooner than November 27, 2014.

9   WHEREFORE, the undersigned have executed this Stipulation on the dates

10  indicated below:

11  SO STIPULATED:

12  Dated:  October 22, 2014          THE AGUILERA LAW GROUP, APLC

13                                      */s/: A. Eric Aguilera*

14                                    A. Eric Aguilera, Esq.
                                      Richard A. Semon, Esq.
15                                    Attorneys    for    Plaintiffs    TRAVELERS
16                                    PROPERTY CASUALTY COMPANY OF
                                      AMERICA, and TRAVELERS INDEMNITY
17                                    COMPANY OF CONNECTICUT

18

19  Dated:  October 22, 2014          WALSH, MCKEAN & FURCOLO LLP

20                                      */s/:  Laura E. Stewart*

21                                    Laura E. Stewart, Esq.
                                      Attorneys  for  ADMIRAL  INSURANCE
22                                    COMPANY

23

24

25

26

27

28

CAS E NO. 1:13-cv-00755-LJO-GSA
JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A VOLUNTARY
DISMISSAL BY STIPULATION

1

Dated:  October 22, 2014

2

COLLIAU,    CARLUCCIO,    KEENER,
MORROW, PETERSON & PARSONS

3

*/s/:  Michael P. O'Bresly*

4

Michael P. O'Bresly, Esq.
Attorneys    for    NATIONAL    FIRE
INSURANCE COMPANY OF HARTFORD

5

6

## ORDER

7

The October 28, 2014, deadline for plaintiffs TRAVELERS PROPERTY

8

CASUALTY COMPANY OF AMERICA and TRAVELERS INDEMNITY

9

COMPANY OF CONNECTICUT on the one hand, and defendants ADMIRAL

10

INSURANCE COMPANY ("Admiral"), and NATIONAL FIRE INSURANCE

11

COMPANY OF HARTFORD ("National Fire"), to file dismissal documents is

12

hereby continued to December 3, 2014.

13

**SO ORDERED**

14

**Dated: October 23, 2014**

15

**/s/ Lawrence J. O'Neill**
**United States District Judge**

16

17

18

19

20

21

22

23

24

25

26

27

28

CAS E NO. 1:13-cv-00755-LJO-GSA
JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A VOLUNTARY
DISMISSAL BY STIPULATION