**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Richard A. Semon (SBN 156510)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
rsemon@aguileragroup.com

Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation<br><br>Plaintiffs,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:13-cv-00755-LJO-GSA<br><br>[Assigned for all Purposes to Hon. Lawrence J. O'Neill]<br><br>**ORDER RE: STIPULATED REQUEST FOR PARTIAL DISMISSAL OF THE ACTION, AS TO NATIONAL FIRE INSURANCE COMPANY OF HARTFORD ONLY**<br><br>Action Filed: May 20, 2013 |

Plaintiffs Travelers Property Casualty Company of America and Travelers Indemnity Company of Connecticut ("Travelers") and Defendant National Fire Insurance Company of Hartford ("National Fire") have jointly requested that the Court dismiss National Fire Insurance Company of Hartford from this case, with prejudice, pursuant to FRCP 41 (a) (2), following settlement.

1

Case No. 1:13-cv-00755 LJO GSA
[PROPOSED] ORDER RE: STIPULATED REQUEST FOR PARTIAL DISMISSAL OF THE ACTION, AS TO NATIONAL FIRE INSURANCE COMPANY OF HARTFORD ONLY

1   Good cause appearing, the Court hereby orders that Defendant National Fire Insurance
2   Company of Hartford is dismissed from this Action with prejudice.
3   Travelers and National Fire shall bear their respective costs.
4   This case shall remain open.

IT IS SO ORDERED.

Dated:   **December 4, 2014**                    **/s/ Lawrence J. O'Neill**
                                                                            UNITED STATES DISTRICT JUDGE

2

Case No. 1:13-cv-00755 LJO GSA
[PROPOSED] ORDER RE: STIPULATED REQUEST FOR PARTIAL DISMISSAL OF THE ACTION, AS TO
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD ONLY