**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Richard A. Semon (SBN 156510)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rsemon@aguileragroup.com

Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation<br><br>Plaintiffs,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 1:13-cv-00755-LJO-GSA<br><br>[Assigned for all Purposes to Hon. Lawrence J. O'Neill]<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A VOLUNTARY DISMISSAL BY STIPULATION**<br><br>**(Doc. 34)**<br><br>**Action Filed:    May 20, 2013** |

///
///
///
///

1

## STIPULATION

This Stipulation is entered into by and between plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("plaintiffs") on the one hand, and defendant ADMIRAL INSURANCE COMPANY ("Admiral"), on the other hand. (Plaintiffs and Admiral are collectively referred to as the "Parties")

WHEREAS, on August 26, 2014, plaintiffs filed with this Court a Notice of Settlement with Admiral that indicated that the Parties intended to file a stipulated motion for dismissal by October 25, 2014;

WHEREAS, on August 27, 2014, the Court issued a Minute Order stating: "As Notice of Settlement has been filed, document [28], notifying the Court that the plaintiffs and defendant Admiral Insurance Company have reached a tentative settlement, the Court DIRECTS the parties to file dismissal documents by 10/28/2014;"

WHEREAS, Admiral and plaintiffs have reached a settlement, and agree on the terms of the settlement, but they are still working to finalize a formal settlement agreement memorializing the terms;

WHEREAS Admiral and plaintiffs expect to finalize a formal settlement agreement memorializing the terms of their settlement within the next 30 days;

THEREFORE, the Parties stipulate and agree that in order to give the Parties additional time to finalize their settlement agreement, the deadline to file dismissal documents should be continued for an additional 30 days to a date no sooner than January 3, 2015.

WHEREFORE, the undersigned have executed this Stipulation on the dates indicated below:

///

///

///

2

CASE NO. 1:13-cv-00755-LJO-GSA
JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A VOLUNTARY DISMISSAL BY STIPULATION

**SO STIPULATED:**

Dated:  December 5, 2014          THE AGUILERA LAW GROUP, APLC

　　　　　　　　　　　　　　　　　　　　  */s/: A. Eric Aguilera*
　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　A. Eric Aguilera, Esq.
　　　　　　　　　　　　　　　　　　　Richard A. Semon, Esq.
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

Dated:  December 5, 2014          WALSH, MCKEAN & FURCOLO LLP

　　　　　　　　　　　　　　　　　　　　  */s/:  Laura E. Stewart*
　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　Laura E. Stewart, Esq.
　　　　　　　　　　　　　　　　　　　Attorneys for ADMIRAL INSURANCE COMPANY

## **ORDER**

In light of the foregoing stipulation, the Court nunc pro tunc extends the deadline for the parties to file dismissal documents.  Accordingly, Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA & TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and Defendant ADMIRAL INSURANCE COMPANY, shall file the appropriate dismissal documents **no later than January 15, 2015**.

IT IS SO ORDERED.

　Dated:    **December 11, 2014**　　　　　　　　　     */s/ Gary S. Austin*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3

CASE NO. 1:13-cv-00755-LJO-GSA
JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A VOLUNTARY DISMISSAL BY STIPULATION