**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Richard A. Semon (SBN 156510)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rsemon@aguileragroup.com

Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation<br><br>        Plaintiffs,<br><br>        v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No.: 1:13-cv-00755-LJO-GSA<br><br>[Assigned for all Purposes to Hon. Lawrence J. O'Neill]<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A VOLUNTARY DISMISSAL BY STIPULATION**<br><br><br>**Action Filed:**   **May 20, 2013** |

1

CASE NO. 1:13-cv-00755-LJO-GSA
JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A VOLUNTARY DISMISSAL BY STIPULATION

# STIPULATION

This Stipulation is entered into by and between plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("plaintiffs") on the one hand, and defendant ADMIRAL INSURANCE COMPANY ("Admiral"), on the other hand. (Plaintiffs and Admiral are collectively referred to as the "Parties")

WHEREAS, on August 26, 2014, plaintiffs filed with this Court a Notice of Settlement with Admiral that indicated that the Parties intended to file a stipulated motion for dismissal by October 25, 2014;

WHEREAS, on August 27, 2014, the Court issued a Minute Order stating: "As Notice of Settlement has been filed, document [28], notifying the Court that the plaintiffs and defendant Admiral Insurance Company have reached a tentative settlement, the Court DIRECTS the parties to file dismissal documents by 10/28/2014;"

WHEREAS, Admiral and plaintiffs have reached a settlement, and have finalized the written settlement agreement memorializing the terms;

WHEREAS plaintiffs have not yet received the payment required under the settlement agreement and thus the settlement has not yet been finalized;

WHEREAS the parties expect that the settlement will be finalized payment within the next 30 days;

THEREFORE, the Parties stipulate and agree that in order to give the Parties additional time to finalize their settlement agreement, the deadline to file dismissal documents should be continued to February 2, 2015.

WHEREFORE, the undersigned have executed this Stipulation on the dates indicated below:

///

///

///

2

CASE NO. 1:13-cv-00755-LJO-GSA
JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A VOLUNTARY DISMISSAL BY STIPULATION

**SO STIPULATED:**

Dated:  January 16, 2015         THE AGUILERA LAW GROUP, APLC

                                 */s/: A. Eric Aguilera*
                                 A. Eric Aguilera, Esq.
                                 Richard A. Semon, Esq.
                                 Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

Dated:  January 16, 2015         WALSH, MCKEAN & FURCOLO LLP

                                 */s/:  Laura E. Stewart*
                                 Laura E. Stewart, Esq.
                                 Attorneys for ADMIRAL INSURANCE COMPANY

## ORDER

Pursuant to the foregoing stipulation, the deadline for plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT on the one hand, and defendant ADMIRAL INSURANCE COMPANY, on the other hand, to file dismissal documents is hereby continued to **February 2, 2015**.

IT IS SO ORDERED.

   Dated:   **January 22, 2015**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

3

CASE NO. 1:13-cv-00755-LJO-GSA
JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A VOLUNTARY DISMISSAL BY STIPULATION