1

2

3

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

4

5

6

7

8

9

10

11

12

13

14

15

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation<br><br>Plaintiffs,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:13-cv-00755-LJO-GSA<br><br>[Assigned for all Purposes to Hon. Lawrence J. O'Neill]<br><br>**ORDER RE: STIPULATION OF DISMISSAL RE: ADMIRAL INSURANCE COMPANY AND OF THE ENTIRE ACTION**<br><br>**Action Filed: May 20, 2013** |

16

17

18

19

20

21

    The parties' Stipulation for Entry of Stipulated Dismissal with prejudice regarding defendant Admiral Insurance Company is granted. The action is further dismissed in its entirety. Plaintiffs Travelers Property Casualty Company of America and Travelers Indemnity Company of Connecticut on one hand, and defendant Admiral Insurance Company on the other hand, shall bear their own costs of litigation.

22

23

    The Clerk of Court is directed to CLOSE THIS CASE.

24

IT IS SO ORDERED.

25

26

    Dated:   **February 3, 2015**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

27

28